IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03119-MSK-MJW

EDWARD MOULTON,

Plaintiff(s),

v.

RAYMOND D. WEST, and
WEST INTERNATIONAL, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Defendant's letter requesting to appear telephonically at the scheduling conference (Motion) dated March 12, 2012, filed with the Court on March 13, 2012, DN 15, is GRANTED.

It is FURTHER ORDERED that **both** parties may appear telephonically for the Scheduling Conference on March 16, 2012, at 9:00 a.m.(Mountain Time).  Counsel for the Plaintiff, Mr. Rediker, shall initiate a conference call to the pro se Defendant(s), with the court as the final connection by calling (303) 844-2403.

Date:  March 14, 2012