**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 11-cv-03119-RM-MJW

EDWARD MOULTON, an individual,

    Plaintiff,

v.

RAYMOND D. WEST, an individual;
BONNIE WEST, an individual; and
WEST INTERNATIONAL, LLC, a Washington limited liability company,

    Defendants.
_____

**ORDER**
**GRANTING MOTION FOR ENTRY OF JUDGMENT (ECF NO. 55)**
**AND FOR ENTRY OF JUDGMENT**
_____

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Judgment ("Motion") (ECF No. 55). No response has been filed to the Motion and the time to do so has expired. The Court has reviewed its file in this matter, including the Amended Complaint and Motion, and the applicable law, and is fully advised in the premises. Based on the foregoing, and in accordance with the parties' Settlement Agreement and Mutual Release ("Settlement Agreement") dated January 31, 2013, and associated Confession of Judgment signed by all Defendants on February 12, 2013, it is ORDERED as follows:

1. That the Motion (ECF No. 55) is GRANTED;

2. That the Clerk of the Court shall enter judgment in favor of Plaintiff Edward Moulton and against Defendants Raymond West, Bonnie West aka Susan (Bonnie) West and

West International, LLC, jointly and severally, in the amount of $150,000.00 plus interest at 8% per annum from March 28, 2013 until all amounts are paid in full to Plaintiff Edward Moulton;

3. That Plaintiff Edward Moulton is awarded reasonable attorneys' fees and costs against Defendants Raymond West, Bonnie West aka Susan (Bonnie) West and West International, LLC which were incurred as a result of Defendants' breach of the Settlement Agreement;

4. That within 14 days of the date of this Order Plaintiff Edward Moulton shall file a bill of costs, in accordance with the procedures under Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court; and

5. That within 14 days of the date of this Order Plaintiff Edward Moulton shall file a motion with supporting affidavit of the amount of attorneys' fees which he requests to be awarded under the terms of the Settlement Agreement.

DATED this 4th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge