IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03119-RM-MJW

EDWARD MOULTON,

     Plaintiff,

v.

RAYMOND D. WEST, an individual,
BONNIE WEST, an individual, and
WEST INTERNATIONAL, LLC, a Washington limited liability company,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Motion for Entry of Judgment (ECF No. 55) and for Entry of Judgment [Doc. No. 57, filed November 4, 2013] of Judge Raymond P. Moore, it is

ORDERED that Plaintiff's Motion for Entry of Judgment [Doc. No. 55, filed May 28, 2013] is GRANTED.  It is further

ORDERED that the Clerk of Court shall enter judgment in favor of Plaintiff Edward Moulton and against Defendants Raymond West, Bonnie West aka Susan (Bonnie) West, and West International, LLC, jointly and severally, in the amount of $150,000.00 plus interest at 8% per annum from March 28, 2013 until all amounts are paid in full to Plaintiff Edward Moulton. It is further

ORDERED that Plaintiff Edward Moulton is awarded reasonable attorneys' fees

and costs against Defendants Raymond West, Bonnie West aka Susan (Bonnie) West and West International, LLC which were incurred as a result of Defendants' breach of the Settlement Agreement. It is further

ORDERED that within 14 days of the date of this Order Plaintiff Edward Moulton shall file a bill of costs, in accordance with the procedures under Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court. It is further

ORDERED that within 14 days of the date of this Order Plaintiff Edward Moulton shall file a motion with supporting affidavit of the amount of attorneys' fees which he requests to be awarded under the terms of the Settlement Agreement.

Dated at Denver, Colorado this 5th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk